| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:12-CR-119(9) |
| | § | |
| JUANETTE MARIE CUNNINGHAM | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of her supervised release and waived her right to be present and allocute at sentencing. The parties have not objected to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#607) are ADOPTED. The Court finds that the defendant, Juanette Marie Cunningham, violated conditions of supervised release and ORDERS that her supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of nine (9) months imprisonment. The Court further ORDERS the defendant to serve a new term of supervised release for three (3) years. The conditions of supervision will be set forth in a separate revocation judgment.

SIGNED at Beaumont, Texas, this 22nd day of November, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE